Wayne E. Borgeest (WB-3034)
Joan M. Gilbride (JG-6238)
Ann Marie Collins (AC-7125)
Robert A. Benjamin (RB-9891)
KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Dr
Valhalla, New York 10595
(914) 741-6100 (Telephone)
(914) 761-0025 (Facsimile)
wborgeest@kbrlaw.com
jgilbride@kbrlaw.com
acollins@kbrlaw.com
rbenjamin@kbrlaw.com

*Attorneys for Axis Reinsurance Company*

UNITED STATES BANKRUPCTY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

REFCO, INC., et al.,

                Debtors.
-----------------------------------------------------------x
AXIS REINSURANCE COMPANY

                Plaintiff,

    -against-

PHILLIP R. BENNETTT, LEO R. BREITMAN,
NATHAN GANTCHER, TONE GRANT,
DAVID V. HARKINS, SCOTT L. JAECKEL,
DENNIS A. KLEJNA, THOMAS H. LEE,
SANTO C. MAGGIO, JOSEPH MURPHY,
RONALD L. O'KELLEY, SCOTT A SCHOEN,
WILLIAM M. SEXTON, GERALD SHERER,
PHILIP SILVERMAN, ROBERT C. TROSTEN,

                Defendants.
-----------------------------------------------------------x

Chapter 11

Case No. 05-60006 (RDD)

(Jointly Administered)

Adversary Proceeding No.
07- 07-01712 (RDD)

## NOTICE OF APPEAL

Axis Reinsurance Company ("Axis"), plaintiff in this Adversary Proceeding, by counsel,

hereby respectfully appeals under 28 U.S.C. § 158(a) from the order of Bankruptcy Court Judge

Robert D. Drain granting certain Defendants' Motion to Dismiss the Axis Complaint, entered in this Adversary Proceeding on the 31st day of August 2007.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are listed in Exhibit A, attached hereto.

Dated: September 10, 2007

Signed: _____
Wayne E. Borgeest (WB 3034)
Joan M. Gilbride (JG-6238)
Ann Marie Collins (AC-7125)
Robert A. Benjamin (RB-9891)
Kaufman Borgeest & Ryan LLP
Attorneys for Appellant
Axis Reinsurance Company
200 Summit Lake Drive
Valhalla, New York 10595
(914) 741-6100 (Telephone)
(914) 761-0025 (Facsimile)

**EXHIBIT A**

| | |
|---|---|
| Gabriel Del Virginia<br>Law Offices of Gabriel Del Virginia<br>641 Lexington Avenue<br>21st Floor<br>New York, NY 10022<br>Gabriel.delvirginia@verizon.net<br><br>Attorney for Robert Trosten | Michael F. Walsh<br>Greg A. Danilow<br>Paul A. Ferrillo<br>Paul Dutka<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Michael.walsh@weil.com<br>Greg.danilow@weil.com<br>Paul.ferrillo@weil.com<br>Paul.dutka@weil.com<br><br>Attorneys for T.H. Lee, David V. Harkins, Scott Jaeckel, Scott Schoen, Ronald O'Kelley, Nathan Gantcher, Leo Breitman |
| Norman L. Eisen<br>Zuckerman Spaeder LLP<br>1800 M Street, NW<br>Washington, DC 20036<br>neisen@zuckerman.com<br><br>Attorneys for Tone Grant | Michael T. Hannafan<br>Blake Tyler Hannafan<br>Hannafan & Hannafan Ltd<br>One East Wacker Drive, Suite 1208<br>Chicago, IL 60601<br>mth@hannafanlaw.com<br>bth@hannafanlaw.com<br><br>Attorneys for Tone Grant |
| Barbara Moses<br>Rachel Marissa Korenblat<br>Morvillo Abramowitz Grand Lason Anello & Bohrer PC<br>565 Fifth Avenue<br>New York, NY 10017<br>bmoses@maglaw.com<br>rkorenblat@maglaw.com<br><br>Attorneys for Robert Trosten | Jeffrey T. Golenbock<br>Adam C. Silverstein<br>Golenbock Eiseman Assor Bell & Peskoe LLP<br>437 Madison Avenue<br>New York, NY 10022<br>jgolenbock@golenbock.com<br>asolverstein@golenbock.com<br><br>Attorneys for Phillip Bennett |
| Stuart I. Friedman<br>Ivan O. Kline<br>Elizabeth D. Meacham<br>Friedman & Wittenstein<br>600 Lexington Avenue<br>New York, NY 10022<br>sfriedman@friedmanwittenstein.com<br>ikline@friedmanwittenstein.com<br>emeachem@friedmanwittenstein.com | Richard Cashman<br>Heller Ehrman LLP<br>7 Times Square<br>New York, NY 10036<br>Richard.Cashman@hellerehrman.com<br><br>Attorneys for Phillip Silverman |

185975.1                                3

Attorneys for William M. Sexton
and Gerald Sherer

Matthew R. Goldman
Wendy J. Gibson
Baker Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485
mgoldman@bakerlaw.com
wgibson@bakerlaw.com

Attorneys for Dennis Klejna
and Joseph Murphy

Helen B. Kim
Baker Hostetler LLP
333 South Grand Avenue, Suite 1800
Los Angeles, CA 90071-1523
hkim@bakerlaw.com

Attorneys for Dennis Klejna
and Joseph Murphy

Richard Soto
Scott E. Hershman
Stephen R. Blacklocks
Hunton & Williams LLP
200 Park Avenue
New York, NY 10166
rsoto@hunton.com
shershman@hunton.com
sblacklocks@hunton.com

Attorneys for Santo Maggio

Joseph L. Chairez
Baker Hostetler LLP
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626
jchairez@bakerlaw.com

Attorneys for Dennis Klejna
and Joseph Murphy

Ona T. Wang
Baker Hostetler LLP
45 Rockefeller Plaza, 11th Floor
New York, NY 10111
owang@bakerlaw.com

Attorneys for Dennis Klejna
and Joseph Murphy