**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

AXIS REINSURANCE COMPANY,

                Plaintiff,

-against-

PHILIP R. BENNETT, et al.,

                Defendants.
------------------------------------------------------------X

TONE N. GRANT, et al.,

                Plaintiffs,

-against-

AXIS REINSURANCE COMPANY,

                Defendant.
------------------------------------------------------------X

07 CIVIL 7924 (GEL)
07 CIVIL 9420 (GEL)
07 CIVIL 9842 (GEL)
07 CIVIL 10302 (GEL)

**JUDGMENT**

07 CIVIL 9843 (GEL)

      Axis Reinsurance Company ("Axis") having appealed from orders of the United States Bankruptcy Court for the Southern District of New York, and the matter having come before the Honorable Gerard E. Lynch, United States District Judge, and the Court, on June 26, 2008, having rendered its Opinion and Order affirming the bankruptcy court's orders dismissing Axis's complaint and granting the Insureds' request for advancement of defense costs, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 26, 2008, the bankruptcy court's orders dismissing Axis's complaint and granting the Insureds' request for advancement of defense costs is affirmed.

**Dated:** New York, New York
           June 30, 2008

                                        **J. MICHAEL McMAHON**
                                            **Clerk of Court**
                          BY:
                                            **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON** _____

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6/30/08]*